UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LUNATREX, LLC, AIR BUOYANT, LLC, and PETER BITAR, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MARY A. CAFASSO, MC SQUARED, INC., and LUNATREX, INC., )<br>)<br>Defendants. ) | CASE NO. 1:09-cv-1272-DFH-DML |

PRELIMINARY INJUNCTION

The court having granted both sides' motions for a preliminary injunction, the court hereby ORDERS that plaintiffs LunaTrex, LLC, Air Buoyant, LLC, Peter Bitar, and defendants Mary A. Cafasso, MC Squared, Inc., and LunaTrex, Inc. are hereby ENJOINED from using in commerce the name LunaTrex, the LunaTrex trademark, and the logo adopted by the LunaTrex team in the Google Lunar X Prize competition, including efforts to register such marks with any federal, state, or other government agency. This injunction applies to the parties and to their officers, agents, servants, employees, and attorneys, and to other persons in active concert with them, who receive actual notice of this order by personal service or otherwise. The effect of this order against plaintiffs is conditional upon defendants posting security in the amount of $10,000 no later than seven days after issuance of this order, and the effect of this order against defendants is

-2-

conditional upon plaintiffs posting security in the amount of $10,000 by the same deadline.  This order shall remain in effect pending final resolution of this action or subsequent order of this or another court with jurisdiction.

Date: December 1, 2009

_____
DAVID F. HAMILTON, CIRCUIT JUDGE
(sitting by designation)

Copies to:

William Calvert Davisson
DAVISSON & DAVISSON, P.C.
owgob@davissonlaw.com

Luke P. Levasseur
MAYER BROWN, LLP
llevasseur@mayerbrown.com

Charles Novins
THE LAW OFFICES OF CHARLES NOVINS
ocnjlaw@gmail.com

John D. Ritchison
RITCHISON LAW OFFICES
jdritchison@comcast.net